**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FLORENCE MUSSAT, M.D., S.C., an Illinois Corporation, individually and on behalf of a class, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALL MAGAZINES SUBSCRIPTION AGENCY, INC., | ) ) |
| | ) |
| Defendants. | ) |

**COMPLAINT-CLASS ACTION**

1.      Plaintiff Florence Mussat, M.D., S.C., an Illinois Corporation, brings this action to secure monetary and injunctive redress for the illegal actions of All Magazines Subscription Agency, Inc. in faxing an unsolicited advertisement in the form of Exhibit A in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

2.      This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) and 47 U.S.C. § 227 ("TCPA"). *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740 (2012); *Brill v. Countrywide Home Loans, Inc.,* 427 F.3d 446 (7th Cir. 2005).

3.      Venue and personal jurisdiction in this District are proper because Defendant committed tortious acts in Illinois by the transmission of Exhibit A to Plaintiff.

4.      Plaintiff Florence Mussat, M.D., S.C. received the unsolicited fax advertisement attached as Exhibit A on its facsimile machine.

5.      Defendant is responsible for causing to be sent and/or the sending of the fax attached hereto as Exhibit A.

6.      Defendant is the entity whose products or services were advertised in the fax

advertisement attached as Exhibit A.

7.    The products or services depicted in Exhibit A must be paid for, they are not free.

8.    The subject form fax, Exhibit A, is an advertisement requesting Plaintiff to contact Defendant's business.

9.    Plaintiff had no prior relationship with Defendant and had not authorized the sending of the fax advertisement, Exhibit A

10.   The TCPA makes unlawful the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine . . . ." 47 U.S.C. §227(b)(1)(C).

11.   Exhibit A does not contain an opt-out notice as required by the TCPA.

12.   Plaintiff's and each class member's right of privacy was invaded.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and the class and against Defendant for:

a.  Damages allowed under the TCPA;

b.  Injunctive relief; and

c.  Costs.

Respectfully submitted,

s/ Curtis C. Warner
    Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

2

## DOCUMENT PRESERVATION REQUESTS

PLEASE TAKE NOTICE that Defendants are requested to preserve all documents that relate to the identity of any potential putative class members going back four years from the filing of this complaint, including all fax logs, fax numbers, address and names. Defendant is requested to preserve any and all documents which show any expressed prior consent to receive faxes in the form of Exhibit A. Defendants are requested to preserve any and all documents which show any established business relationship with any potential putative class members.

Respectfully submitted,

s/ Curtis C. Warner
    Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

3

# EXHIBIT A

Case: 1:15-cv-07407 Document #: 1 Filed: 08/24/15 Page 5 of 7 PageID #:5



### all magazines subscription agency, inc.

Subscribe Now!

Subscribe Now!

**To: Dr. Florence Mussat, MD**
**From: Julie Goga**
**Re: Reception Area Magazine Price List**
**Pages: 3**

## *Reception Area Magazine Service*

---

### Enjoy Low Prices,
### Great Service,
### Fantastic Selection!

---

# Take
# an Additional 35% off
# Reception Room Rates!
**(**excluded)**

## Examples:

## Better Homes & Gardens $11.00 Your Price $7.15

## ESPN $26.00 Your Price $16.90

*For more information or to order:*

*Julie Goga*
*AMSA Marketing*
*julie@allmags.com*
*Phone 1.800.852.9264*
*Fax 1.800.852.9268*
*www.allmags.com*




# 2015
# Reception Room Price

| MAGAZINE TITLE | REG RATE | ISS YR | RECEPTION ROOM 1 YR RATE | 2 YR RATE | MAGAZINE TITLE | REG RATE | ISS YR | RECEPTION ROOM 1 YR RATE | 2 YR RATE |
|---|---|---|---|---|---|---|---|---|---|
| ALLURE | $36.00 | 12 | $12.00 | $24.00 | FAMILY CIRCLE | $19.98 | 12 | $19.98 | $39.96 |
| AMERICAN GIRL | $23.00 | 6 | $23.00 | $39.95 | FAMILY FUN | $23.90 | 10 | $9.95 | $23.90 |
| ** AMERICAN JOURNAL OF | $89.85 | 12 | $33.90 | $67.80 | FAMILY HANDYMAN, THE | $24.00 | 11 | $19.98 | $48.00 |
| ARCHITECTURAL DIGEST | $89.85 | 12 | $20.00 | $58.00 | FAST COMPANY | $27.95 | 10 | $12.00 | $24.00 |
| ATLANTA MAGAZINE | $19.95 | 12 | $12.00 | $23.00 | FIELD & STREAM | $44.91 | 12 | $10.00 | $20.00 |
| ATLANTIC MONTHLY | $29.95 | 10 | $24.95 | $54.95 | ** FINE COOKING | $29.95 | 6 | $29.95 | ----- |
| AUTOMOBILE | $79.76 | 12 | $10.00 | $20.00 | ** FINE GARDENING | $29.95 | 6 | $29.95 | $49.95 |
| AUTOWEEK | $20.00 | 26 | $19.95 | ----- | ** FIRST FOR WOMEN | $19.97 | 17 | $19.97 | ----- |
| BACKPACKER | $29.98 | 9 | $19.98 | $33.97 | FLYING | $36.00 | 12 | $13.00 | $26.00 |
| BASEBALL DIGEST | $58.95 | 6 | $19.97 | $77.90 | ** FOOD & WINE | $37.00 | 12 | $19.99 | ----- |
| BETTER HOMES AND GARDENS | $22.00 | 12 | $11.00 | $19.00 | ** FOOD NETWORK MAGAZINE | $30.00 | 10 | $19.99 | $39.98 |
| BICYCLING | $19.98 | 10 | $15.98 | $29.96 | ** FORBES | $119.99 | 20 | $39.95 | ----- |
| BIRDS & BLOOMS | $18.00 | 7 | $17.98 | $35.96 | ** FORTUNE | $25.00 | 20 | $25.00 | ----- |
| ** BIRDWATCHING | $26.95 | 6 | $26.95 | $49.95 | ** GARDEN & GUN | $20.00 | 6 | $19.97 | $24.97 |
| BLACK ENTERPRISE | $44.00 | 12 | $14.95 | $23.95 | GLAMOUR | $19.99 | 12 | $12.00 | $24.00 |
| BLOOMBERG'S BUSINESS WEEK | $60.00 | 50 | $49.99 | $100.00 | GOLF DIGEST | $27.99 | 12 | $16.77 | $33.54 |
| BOATING | $36.00 | 10 | $10.00 | $20.00 | ** GOLF MAGAZINE | $16.00 | 12 | $11.95 | ----- |
| BON APPETIT | $72.00 | 12 | $24.00 | $48.00 | GOLF TIPS | $21.97 | 6 | $12.97 | $21.97 |
| BOYS' LIFE | $24.00 | 12 | $24.00 | $41.00 | GOOD HOUSEKEEPING | $54.00 | 12 | $12.00 | $24.00 |
| BRIDES | $34.99 | 12 | $20.00 | $35.00 | GQ (GENTLEMENS QUARTERLY) | $24.00 | 12 | $20.00 | $40.00 |
| CAR & DRIVER | $22.00 | 12 | $11.00 | $21.94 | GUIDEPOST - LARGE PRINT | $19.00 | 12 | $19.00 | $25.97 |
| CAT FANCY | $15.00 | 12 | $13.00 | ----- | GUIDEPOSTS | $18.97 | 12 | $16.97 | $23.97 |
| ** CLUBHOUSE | $19.99 | 12 | $19.99 | ----- | HARPER'S | $18.00 | 12 | $18.00 | ----- |
| ** CLUBHOUSE JR | $19.99 | 12 | $19.99 | ----- | HARPER'S BAZAAR | $20.00 | 10 | $12.00 | $24.00 |
| ** COASTAL LIVING | $16.00 | 10 | $16.00 | ----- | ** HEALTH | $15.97 | 12 | $15.97 | ----- |
| CONDE NAST TRAVELER | $39.94 | 12 | $12.00 | $22.00 | ** HGTV MAGAZINE | $28.00 | 10 | $28.00 | ----- |
| ** CONSUMER REPORTS W/GUIDE | $44.00 | 13 | $26.00 | $44.00 | ** HIGH FIVE MAGAZINE | $34.44 | 12 | $34.44 | $57.12 |
| ** COOKING LIGHT | $19.00 | 12 | $18.00 | ----- | ** HIGHLIGHTS FOR CHILDREN | $34.95 | 12 | $34.44 | $57.12 |
| COSMOPOLITAN | $90.00 | 12 | $20.00 | $40.00 | ** HOT ROD | $20.00 | 12 | $20.00 | ----- |
| COUNTRY | $36.00 | 7 | $17.98 | $35.96 | ** HOUSE BEAUTIFUL | $40.00 | 10 | $15.00 | $30.00 |
| COUNTRY LIVING | $72.00 | 10 | $18.00 | $36.00 | HUMPTY DUMPTY (AGES 4-6) | $29.94 | 12 | $29.94 | ----- |
| COUNTRY WOMAN | $36.00 | 7 | $10.98 | $35.96 | ** IN FISHERMAN | $18.00 | 8 | $18.00 | ----- |
| ** CRICKET | $33.95 | 9 | $17.99 | $57.95 | ** IN TOUCH | $77.48 | 52 | $77.48 | ----- |
| CRUISING WORLD | $28.00 | 12 | $28.00 | $56.00 | INC. MAGAZINE | $19.99 | 10 | $19.00 | $24.00 |
| DETAILS | $18.00 | 10 | $9.97 | $19.94 | ** INSTYLE | $20.00 | 13 | $19.50 | ----- |
| DISCOVER | $24.95 | 12 | $19.95 | ----- | ISLANDS | $24.00 | 8 | $12.00 | $24.00 |
| DOG FANCY | $15.00 | 12 | $13.00 | ----- | J-14 | $19.97 | 10 | $14.97 | ----- |
| ** DR OZ MAGAZINE | $28.00 | 10 | $28.00 | $56.00 | JACK & JILL (AGES 7-12) | $29.94 | 6 | $11.97 | $47.88 |
| EATING WELL | $19.97 | 6 | $19.97 | $39.94 | KIPLINGER'S PERSONAL FINANCE | $37.97 | 12 | $12.00 | $20.00 |
| EBONY | $20.00 | 11 | $12.95 | $36.00 | LATINA | $23.97 | 10 | $9.97 | $14.97 |
| ECONOMIST | $127.00 | 51 | $127.00 | ----- | LUCKY | $49.00 | 10 | $12.00 | $30.00 |
| ELLE | $28.00 | 12 | $14.00 | $28.00 | MARIE CLAIRE | $20.00 | 12 | $12.00 | $24.00 |
| ELLE DECOR | $29.00 | 10 | $14.97 | $26.00 | ** MARTHA STEWART LIVING | $25.00 | 12 | $24.00 | $50.00 |
| ** ENTERTAINMENT WEEKLY | $39.50 | 52 | $24.95 | ----- | MEN'S FITNESS | $72.00 | 10 | $21.97 | $48.00 |
| ENTREPRENEUR | $39.97 | 12 | $19.97 | $37.97 | MEN'S HEALTH | $24.94 | 10 | $24.94 | $49.88 |
| ESPN | $52.00 | 26 | $26.00 | $52.00 | MEN'S JOURNAL | $19.97 | 12 | $14.95 | $29.90 |
| ESQUIRE | $36.00 | 10 | $8.97 | $17.94 | MIDWEST LIVING | $79.88 | 6 | $9.99 | $19.97 |
| ** ESSENCE | $22.00 | 12 | $12.00 | ----- | ** MONEY | $39.95 | 12 | $14.95 | ----- |
| EVERYDAY WITH RACHEL RAY | $24.00 | 10 | $24.00 | ----- | MORE | $30.00 | 10 | $14.97 | $40.00 |

| MAGAZINE TITLE | REG RATE | ISS YR | RECEPTION ROOM 1 YR RATE | 2 YR RATE |
|---|---|---|---|---|
| MOTOR TREND | $18.00 | 12 | $10.00 | $20.00 |
| ** MUSCLE & FITNESS | $39.97 | 12 | $29.97 | $59.94 |
| ** NATIONAL GEOGRAPHIC | $39.00 | 12 | $39.00 | $67.00 |
| ** NATIONAL GEOGRAPHIC FOR | $24.95 | 10 | $24.00 | ----- |
| ** NATIONAL GEOGRAPHIC | $35.90 | 8 | $17.95 | $32.95 |
| ** NEW JERSEY MONTHLY | $25.95 | 4 | $25.95 | ----- |
| ** NEW YORK | $47.00 | 42 | $28.00 | $49.97 |
| ** NEW YORKER | $69.99 | 47 | $49.99 | $99.98 |
| NYLON MAGAZINE | $19.95 | 10 | $9.95 | $39.90 |
| O THE OPRAH MAGAZINE | $56.00 | 12 | $15.00 | $30.00 |
| ** OHIO MAGAZINE | $20.00 | 12 | $18.00 | $40.00 |
| ** OKI MAGAZINE | $78.00 | 52 | $59.95 | $119.90 |
| OUTDOOR LIFE | $22.00 | 12 | $10.00 | $24.00 |
| OUTDOOR PHOTOGRAPHER | $28.00 | 11 | $14.97 | $25.97 |
| OUTSIDE | $45.00 | 12 | $16.00 | $30.00 |
| PARENT & CHILD | $19.94 | 9 | $9.97 | $19.94 |
| PARENTS | $19.90 | 12 | $9.97 | $19.94 |
| ** PEOPLE | $117.00 | 53 | $52.47 | ----- |
| ** PEOPLE EN ESPANOL | $14.00 | 11 | $11.00 | ----- |
| ** PEOPLE STYLE WATCH | $19.00 | 11 | $19.00 | ----- |
| POPULAR MECHANICS | $48.00 | 10 | $15.00 | $30.00 |
| POPULAR PHOTOGRAPHY & | $18.00 | 12 | $18.00 | $36.00 |
| POPULAR SCIENCE | $24.00 | 12 | $16.00 | $39.90 |
| PREVENTION | $24.00 | 12 | $24.00 | $48.00 |
| ** PSYCHOLOGY TODAY | $20.00 | 6 | $19.97 | $29.97 |
| RANGER RICK | $40.00 | 10 | $24.00 | $40.00 |
| READER'S DIGEST | $74.94 | 10 | $19.98 | $48.00 |
| ** READER'S DIGEST-LARGE | $29.98 | 10 | $29.96 | $59.92 |
| ** REAL SIMPLE | $24.00 | 12 | $23.88 | ----- |
| REDBOOK | $20.00 | 11 | $9.99 | $19.98 |
| REMINISCE | $16.00 | 7 | $17.98 | $35.96 |
| ROAD & TRACK | $44.00 | 12 | $11.00 | $21.94 |
| ROLLING STONE | $39.96 | 26 | $29.95 | $60.00 |
| RUNNER'S WORLD | $24.00 | 10 | $24.00 | $48.00 |
| SATURDAY EVENING POST | $29.94 | 6 | $23.94 | ----- |
| SAVEUR | $39.90 | 9 | $19.95 | $35.95 |
| ** SCIENTIFIC AMERICAN | $379.00 | 12 | $34.97 | ----- |
| ** SEATTLE MAGAZINE | $18.95 | 10 | $18.95 | ----- |
| SELF | $20.00 | 12 | $12.00 | $19.97 |
| SEVENTEEN | $20.00 | 10 | $12.00 | $24.00 |
| SHAPE | $72.00 | 10 | $24.00 | $48.00 |
| SKI | $44.91 | 6 | $11.00 | $20.00 |
| ** SMITHSONIAN | $36.00 | 12 | $16.00 | ----- |
| ** SOUTHERN LIVING | $25.00 | 12 | $19.95 | ----- |
| ** SPORTS ILLUSTRATED | $39.95 | 56 | $39.00 | ----- |
| ** SPORTS ILLUSTRATED FOR | $19.95 | 12 | $19.95 | ----- |
| ** SUNSET | $18.00 | 12 | $13.00 | ----- |
| ** TASTE OF HOME | $59.94 | 8 | $17.98 | $36.00 |
| TEEN VOGUE | $15.00 | 10 | $10.00 | $20.00 |
| TENNIS | $48.00 | 6 | $10.00 | $18.00 |
| TEXAS MONTHLY | $18.00 | 12 | $12.00 | $23.00 |
| ** THE WEEK | $99.00 | 50 | $69.00 | $140.00 |
| ** THIS OLD HOUSE | $12.00 | 10 | $12.00 | ----- |
| THOMAS & FRIENDS | $63.94 | 7 | $28.97 | $57.94 |
| ** TIME | $42.50 | 56 | $29.95 | ----- |
| TOWN & COUNTRY | $28.00 | 10 | $15.00 | $30.00 |
| TRADITIONAL HOME | $44.00 | 8 | $24.00 | $48.00 |
| ** TRAVEL & LEISURE | $45.00 | 12 | $19.99 | ----- |
| TRAVEL 50 & BEYOND | $42.00 | 5 | $14.00 | $24.00 |
| TV Y NOVELAS | $36.00 | 18 | $12.00 | $22.99 |
| ** UNIQUE HOMES | $44.97 | 6 | $24.97 | $44.97 |
| US WEEKLY | $179.91 | 52 | $67.08 | $119.94 |
| VANITY FAIR | $84.00 | 12 | $24.00 | $48.00 |
| VEGETARIAN TIMES | $31.95 | 9 | $19.90 | $35.95 |
| VERANDA | $28.00 | 6 | $20.00 | $40.00 |
| VOGUE | $29.95 | 12 | $18.00 | $36.00 |
| W MAGAZINE | $29.90 | 10 | $14.95 | $34.00 |
| WEIGHT WATCHERS | $34.95 | 6 | $14.95 | $24.99 |

** Rates cannot be discounted to match publisher's specials.

"Reg. Rate" = Regular Subscription rate charged by publishers.
"Iss Yr" = Number of Issues mailed per year by the publisher.
"Reception Room 1 Yr Rate, 2 Yr Rate" = Rates available to you for your reception area through AMSA.

* N/A 2 year subscription not available from publisher.

TERMS NET 30 DAYS UNLESS OTHERWISE SPECIFIED.

All titles on this list must be mailed to a business address and we must provide some publishers with a business card or letterhead with the send-to address printed on it. Please attach your business card to the order form when you place your first order. If you are ordering for locations with different addresses, please attach a business card for each location.

A NOTE ABOUT OUR PRICES: There are many complexities involved in printing magazine prices. Publishers may change their subscription rates at any time. We apologize for any inconvenience it may cause if a title you choose has an increase in subscription rates. Your invoice will reflect any rate increase or you may call for current rates at any time.

We accept MasterCard and Visa credit cards. Please provide name as it appears on credit card, credit card account number, and expiration date.

**ALL MAGAZINES SUBSCRIPTION AGENCY, INC.**
**177 S SPRING RD.**
**EATONTON, GA 31024-8176**
**PHONE (706)-485-0075 - (800) 367-4344 - FAX (800) 440-1881**
**E-mail: mags@allmags.com**
**Visit us online at www.allmags.com**

Last Updated   05/07/2015