**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Florence Mussat

                          Plaintiff,

v.                                        Case No.: 1:15−cv−07407
                                                    Honorable Robert W. Gettleman

All Magazines Subscription Agency, Inc.

                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, February 16, 2016:

      MINUTE entry before the Honorable Robert W. Gettleman: On stipulation, judgment is entered in favor of plaintiff and against defendant in the amount of $1,000.00, and defendant is enjoined. Motion to certify class [8] is denied as moot. Motion for entry of default [13] is denied as moot. Civil case terminated. Mailed notice (gds)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.