

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| FLORENCE MUSSAT, M.D., S.C., an Illinois Corporation, individually and on behalf of a class, | ) ) ) | Case No. 15-cv-7407 |
| | ) | Hon. Robert W. Gettleman |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALL MAGAZINES SUBSCRIPTION AGENCY, INC., | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

By stipulation of the parties, Judgment is entered against Defendant All Magazines Subscription Agency, Inc., and for Plaintiff Florence Mussat M.D., S.C., in the amount of $1,000 (one thousand dollars), and furthermore, Defendant All Magazines Subscription Agency, Inc., is enjoined from sending to Plaintiff any unsolicited advertising faxes and any advertising faxes that do not contain an opt-out notice that complies with the TCPA.

**SO ORDERED:**

February 16 2016

_____
Honorable Robert W. Gettleman
United States District Court Judge