**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FLORENCE MUSSAT, M.D., S.C., an Illinois Corporation, individually and on behalf of a class, | ) ) ) ) Case No. 15-cv-7407 |
| Plaintiff, | ) ) Hon. Robert W. Gettleman ) ) |
| v. | ) ) |
| ALL MAGAZINES SUBSCRIPTION AGENCY, INC., | ) ) ) |
| Defendant. | ) ) |

**SATISFACTION OF JUDGMENT**

PLEASE TAKE NOTICE that the Judgment entered by the Court on February 16, 2016, as been fully satisfied.

                            Respectfully submitted,

                            s/ Curtis C. Warner
                                Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **May 11, 2016,** I filed the **Satisfaction of Judgment** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered. A copy of this Notice and the Motion sent via email Mail to:

Lewis S. Wiener
Sutherland Asbill & Brennan LLP
700 Sixth Street, NW, Ste. 700
Washington, D.C. 20001-3980
Lewis.wiener@sutherland.com
*Pro bono counsel*

                              Respectfully submitted,

                              s/ Curtis C. Warner
                                Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
350 S. Northwest HWY, Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com